# Court of Appeals
# of the State of Georgia

ATLANTA, June 17, 2026

*The Court of Appeals hereby passes the following order*

**A26D0555. INDIE HOLDINGS, INC. v. CANDACE G. SPENCER.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SU2024CV002352



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 17, 2026.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*